IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: FANSTEEL INC., ET AL.,[1] | ) | |
| | ) | |
| Fansteel Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-451 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| Staveley Services North America, Inc., | ) | |
| | ) | Adversary Case No.   04-51109 |
| Defendant. | ) | Bankruptcy Case No. 02-10109 (JJF) |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 7th day of March 2005, I caused a

copy of the following document(s) to be served on the individuals on the attached service list(s)

in the manner indicated:

**Notice of Settlement of Avoidance Action**

_James E. O'Neill_
James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors are the following entities: Fansteel Inc. and Wellman Dynamics Corp.

C:\Documents and Settings\lt\Desktop\FanSettle\Staveley.doc

**SERVICE LIST FOR**
**STAVELEY SERVICES NORTH AMERICA INC.**

*Hand Delivery*
(Counsel for Staveley Services North America Inc.)
Charles J. Brown, III, Esquire
William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue
Suite 1700
Wilmington, DE  19899

*First Class Mail*
(Counsel For Staveley Services North America Inc.)
Christopher J. Major, Esquire
Robinson & Cole LLP
695 East Main Street
Stamford, CT  06904

Fansteel Service List for Settlements Adversaries
Document No. 95271
01 – Hand Delivery
04 – First Class mail

**Hand Delivery**
David Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

**First Class Mail**
(Debtors)
Michael McEntee, CFO
Fansteel Inc.
One Tantalum Place
North Chicago, IL  60064

**First Class Mail**
(Counsel for Debtors)
David J. Ciminesi, Esquire
Schulte, Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

**First Class Mail**
(Counsel for the Committee of Unsecured Creditor)
Frances Gecker, Esquire
Frank/Gecker LLP
325 North Lasalle Street
Suite 625
Chicago, Illinois 60602

**First Class Mail**
(Counsel for Fansteel, Inc.)
Jason S. Pomerantz, Esquire
Steven J. Kahn, Esquire
Pachulski, Stang, Ziehl,
Young, Jones & Weintraub P.C.
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100